**Dismiss and Opinion Filed December 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01398-CV

## IN RE TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-22005**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Francis

By letter dated December 9, 2015, the Texas Department of Family & Protective Services advised the Court that the trial court has lifted the hold on the adoption of the child who is the subject of this proceeding and that the trial court has signed an adoption decree. The Department states that it no longer wishes to pursue mandamus relief and requests that the case be dismissed as moot. "A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings." *In re Kellogg Brown & Root, Inc.,* 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding). We dismiss the petition for want of jurisdiction.

151398F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE